UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL DAVID TRULL,

    Plaintiff,

v.                                      Case No.: 2:19-cv-645-FtM-38MRM

STATE OF FLORIDA,

    Defendant.
_____/

### ORDER[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R"). (Doc. 11). Judge McCoy recommends dismissing the case for failure to comply with the Court's Order (Doc. 10) and failure to prosecute. Plaintiff did not object, and the time to do so passed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982). Without a specific objection, the judge need not review factual findings de novo. 28 U.S.C. § 636(b)(1); *see also Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). But the district court reviews legal conclusions de novo, even without an objection. *Cooper-Houston v. S. Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

After a careful, complete, and independent examination of the file, the Court accepts and adopts Judge McCoy's R&R in full.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 11) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. The case is **DISMISSED** for failure to comply with the Court's Order (Doc. 10) and failure to prosecute.

3. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of February, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record